USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANDREW TORO, on behalf of himself
and all others similarly situated,

                              Plaintiff,

           -against-

ROSNERS, INC.,

                             Defendant.
-----------------------------------------------------------------X

**23-CV-0844 (JHR) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on March 15, 2023 (doc. no 10) the Initial Case Management Conference currently scheduled for **April 20, 2023** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
              March 16, 2023

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge